IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BRANDON F.[1],                                         No. 3:18-cv-00195-SB

        Plaintiff,

    v.

NANCY A. BERRYHILL, Acting                             ORDER
Commissioner of Social Security,

        Defendant.

HERNANDEZ, District Judge:

Magistrate Judge Beckerman issued a Findings & Recommendation (#23) on February

27, 2019, in which she recommends the Court reverse the Commissioner's decision and remand

for the payment of benefits.  Defendant has timely filed objections to the Findings &

Recommendation.  The matter is now before me pursuant to 28 U.S.C. § 636(b)(1) and Federal

Rule of Civil Procedure 72(b).

When any party objects to any portion of the Magistrate Judge's Findings &

Recommendation, the district court must make a *de novo* determination of that portion of the

Magistrate Judge's report.  28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th

---

[1] In the interest of privacy, this Order uses only the first name and the initial of the last
name of the non-governmental party in this case.

1 - ORDER

Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

I have carefully considered Defendant's objections and conclude there is no basis to modify the Findings & Recommendation. I have also reviewed the pertinent portions of the record *de novo* and find no other errors in the Magistrate Judge's Findings & Recommendation.

CONCLUSION

The Court ADOPTS Magistrate Judge Beckerman's Findings & Recommendation [23], and therefore, the Commissioner's decision to deny disability benefits is reversed and this case is remanded for the payment of benefits.

IT IS SO ORDERED.

DATED this ___14___ day of ___April___, 2019.


_____
MARCO A. HERNANDEZ
United States District Judge